UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:                                          CASE NO. 07-50287-PCY5
                                                CHAPTER 13
LINWOOD PITTMAN
MELINDA PITTMAN

            Debtor(s)
_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
<u>**OF UNCLAIMED FUNDS**</u>

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: CITIFINANCIAL which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 403004 in the amount of $138.53 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

>/s/Leigh D. Hart or
>/s/William J. Miller, Jr.
>   OFFICE OF THE CHAPTER 13 TRUSTEE
>   POST OFFICE BOX 646
>   TALLAHASSEE, FL 32302
>   ldhecf@earthlink.net
>   (850) 681-2734 "Telephone"
>   (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| LINWOOD PITTMAN | CITIFINANCIAL |
| MELINDA PITTMAN | 4480 LAFAYETTE ST. |
| PO BOX 274 | MARIANNA, FL 32446-3441 |
| MARIANNA, FL 32447 | |

AND

CHARLES M. WYNN, ATTY.
P.O. BOX 146
MARIANNA, FL 32447

on the same date as reflected on the Court's docket as the electronic filing date for this document.

>/s/Leigh D. Hart or
>/s/William J. Miller, Jr.
>   OFFICE OF CHAPTER 13 TRUSTEE

11/19/2010 11:30 am / CR_213